UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THERESA JAMES**, )<br>Parent and Next Friend of E.J., a minor )<br>)<br>**E.J.**, )<br>individually )<br>)<br>    **Plaintiffs**, )<br>)<br>    v. )<br>)<br>**DISTRICT OF COLUMBIA** )<br>)<br>    **Defendant**. ) | Civil Case No. 12-376 (RJL) |

**ORDER**

(June 7, 2013) (Dkts. ##10, 12)

For the reasons set forth in the Memorandum Opinion entered this 7th day of June 2013, it is hereby

**ORDERED** that defendant's Motion for Summary Judgment [Dkt. #12] is **GRANTED**; and it is further

**ORDERED** that plaintiffs' Motion for Summary Judgment [Dkt. #10] is **DENIED**; and it is further

**ORDERED** that the above-captioned case is **DISMISSED** with prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge